1  DAVID D. LAWRENCE, State Bar No. 123039                          JS-6
   dlawrence@lbaclaw.com
2  DENNIS M. GONZALES, State Bar No. 59414
   dgonzales@lbaclaw.com
3  NATHAN A. OYSTER, State Bar No. 225307
   noyster@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
5  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
6  Facsimile No. (818) 545-1937

7  Attorneys for Defendant
   Burbank Police Department Officer Gunn
8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12  PRESTON SMITH, an individual;      ) Case No. CV 10-8840 VBF (AGRx)
                                       )
13                                     )
            Plaintiff,                 ) Honorable Valerie Baker Fairbank
14                                     )
                                       ) **ORDER STAYING THE CASE,**
15      vs.                            ) **VACATING THE TRIAL, AND**
                                       ) **VACATING ALL PRE-TRIAL**
16                                     ) **DATES**
    CITY OF BURBANK; BURBANK           )
17  POLICE DEPARTMENT;                 )
    BURBANK POLICE DEPARTMENT          ) Trial Date:  November 8, 2011
18  OFFICER GUNN; BURBANK              ) Time:  8:30 a.m.
    POLICE DEPARTMENT OFFICER          ) Courtroom:  9
19  BAUMGARTEN; BURBANK                )
    POLICE DEPARTMENT OFFICER          )
20  EDWARDS; AND DOES 1                )
    THROUGH 100, INCLUSIVE             )
21                                     )
                                       )
22          Defendants.                )
                                       )
23  _____ )

24  TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND

25  THEIR ATTORNEYS OF RECORD:

26        Pursuant to the parties' Stipulation for an Order Staying the Case, Vacating

27  the Trial, and Vacating all Pre-trial Dates, IT IS HEREBY ORDERED THAT:

28

                                       1

1      1.      All trial and pre-trial dates in this matter are hereby vacated.

2      2.      This matter is stayed [in its entirety] [with the exception of

3   proceedings related to paragraph 4 of this Order].

4      3.      The parties shall submit a Joint Status Report to this Court by May

5   16, 2011 advising the Court as to whether the investigation being conducted by

6   the Los Angeles Sheriff's Department has been completed.  The parties will

7   further submit Joint Status Reports every 60 days thereafter until the investigation

8   being conducted by the Los Angeles Sheriff's Department has been completed.

9      4.      Defendants are permitted to file motions pursuant to Rule 12(c) of

10  the Federal Rules of Civil Procedure, focused on whether Plaintiff's claims are

11  barred by his conviction for violating California Penal Code § 148(a)(1) under the

12  doctrine set forth in *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364 (1994),

13  hereinafter "the *Heck* motions".  The *Heck* motions shall be heard on May 16,

14  2011.

15

16                          IT IS SO ORDERED:

17

18

19  Dated:  <u>March 1, 2011</u>          _____

20                              Hon. Valerie Baker Fairbank

21                              United States District Judge

22

23

24

25

26

27

28